IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

THE PEOPLE OF THE STATE OF
MICHIGAN,

    Plaintiff,                                                Civil Action No. 1:26-cv-254

v

BP P.L.C.; BP AMERICA INC.; BP ENERGY
COMPANY; BP ENERGY RETAIL
COMPANY LLC; BP PRODUCTS NORTH
AMERICA INC.; CHEVRON CORPORATION;
CHEVRON U.S.A. INC.; EXXON MOBIL
CORPORATION; EXXONMOBIL OIL
CORPORATION; SHELL P.L.C.; SHELL USA,
INC.; SHELL OIL PRODUCTS COMPANY
LLC; EQUILON ENTERPRISES LLC D/B/A
SHELL OIL PRODUCTS US; SHELL
TRADING (US) COMPANY; and AMERICAN
PETROLEUM INSTITUTE,

    Defendants.
_____/

## NOTICE OF RELATED CASE

The People of the State of Michigan hereby submit that, pursuant to Western District of Michigan Local Civil Rule 3.3.1(d)(iii)(A), the above-captioned matter is related to *United States v. Michigan*, Civil Action No. 1:25-cv-496, assigned to Judge Jane M. Beckering, for the reason that both matters arise out of the same or similar occurrences and involve one or more of the same parties.

Dated:  January 23, 2026

Respectfully submitted,

/s/  *Polly A. Synk*
Polly A. Synk (P63473)
Margaret A. Bettenhausen (P75046)
Elizabeth A. Morrisseau (P81899)
Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517-335-7554
SynkP@michigan.gov
BettenhausenM@michigan.gov
MorrisseauE@michigan.gov

| | |
|---|---|
| Victor M. Sher* <br> Matthew K. Edling* <br> Ashley Campbell* <br> Special Assistant Attorneys General <br> Heather Kryczka* <br> Brittany Dutton* <br> Sher Edling LLP <br> 100 Montgomery Street, Suite 1410 <br> San Francisco, CA 94104 <br> 628-231-2500 <br> vic@sheredling.com <br> matt@sheredling.com <br> ashley@sheredling.com <br> heather@sheredling.com <br> brittany@sheredling.com | Katie R. Beran* <br> Special Assistant Attorney General <br> Timothy L. Kelly* <br> Hausfeld LLP <br> 325 Chestnut Street, Suite 900 <br> Philadelphia, PA 19106 <br> 215-985-3270 <br> kberan@hausfeld.com <br> tkelly@hausfeld.com |
| Adam J. Levitt* <br> Daniel Rock Flynn* <br> Anna Claire Skinner* <br> Special Assistant Attorneys General <br> Elizabeth Carpenter* <br> James Crisafulli* <br> DiCello Levitt LLP <br> Ten North Dearborn Street, Sixth Floor <br> Chicago, IL 60602 <br> 312-214-7900 <br> alevitt@dicellolevitt.com | James Gotz* <br> Special Assistant Attorney General <br> Hausfeld LLP <br> One Marina Park Drive, Suite 1410 <br> Boston, MA 02210 <br> 617-207-0600 <br> jgotz@hausfeld.com |

| | |
|---|---|
| dflynn@dicellolevitt.com<br>askinner@dicellolevitt.com<br>ecarpenter@dicellolevitt.com<br>jcrisafulli@dicellolevitt.com | |
| Gregory S. Asciolla*<br>Carrie Syme*<br>Jonathan S. Crevier*<br>DiCello Levitt LLP<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>646-933-1000<br>gasciolla@dicellolevitt.com<br>csyme@dicellolevitt.com<br>jcrevier@dicellolevitt.com | Michael D. Hausfeld*<br>Richard S. Lewis*<br>Special Assistant Attorneys General<br>Hausfeld LLP<br>1200 17th Street NW, Suite 600<br>Washington, DC 20036<br>202-540-7200<br>mhausfeld@hausfeld.com<br>rlewis@hausfeld.com |
| Kartik S. Madiraju*<br>Special Assistant Attorney General<br>Scott A. Martin*<br>Hausfeld LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>646-357-1100<br>smartin@hausfeld.com<br>kmadiraju@hausfeld.com | Emma Blake*<br>Special Assistant Attorney General<br>Hausfeld LLP<br>580 California Street, 12th Floor<br>San Francisco, CA 94104<br>415-633-1908<br>eblake@hausfeld.com |

Attorneys for the State of Michigan, acting by and through the Attorney General

*Motions for admission *pro hac vice* to be filed