**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

THE PEOPLE OF THE STATE OF
MICHIGAN,

    Plaintiff,

v.

BP P.L.C.; BP AMERICA INC.; BP ENERGY
COMPANY; BP ENERGY RETAIL
COMPANY LLC; BP PRODUCTS NORTH
AMERICA INC.; CHEVRON CORPORATION;
CHEVRON U.S.A. INC.; EXXON MOBIL
CORPORATION; EXXONMOBIL OIL
CORPORATION; SHELL P.L.C.; SHELL USA,
INC.; SHELL OIL PRODUCTS COMPANY
LLC; EQUILON ENTERPRISES LLC D/B/A
SHELL OIL PRODUCTS US; SHELL
TRADING (US) COMPANY; and AMERICAN
PETROLEUM INSTITUTE,

    Defendants.

Civil Action No. 1:26-cv-254

---

**DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S**
**RESPONSE TO PLAINTIFF'S "NOTICE OF RELATED CASE" [ECF NO. 2]**

Defendants Chevron Corporation and Chevron U.S.A. Inc. (collectively "Chevron"), by and through its counsel, Miller Canfield Paddock and Stone, PLC, enters a limited appearance[1] to file this Response to Plaintiff's Notice of Related Case (the "Notice") [ECF No. 2], update this Court on events that immediately followed the filing of the Notice on January 23, 2026, and ensure this Court has a complete and accurate factual record.

---

[1] By filing this Response, Chevron does not enter a general appearance, and it does not consent to the personal jurisdiction of the U.S. District Court for the Western District of Michigan. Chevron does not waive any rights or defenses that may be available to Chevron under common law, statutes, the United States or Michigan Constitutions, or the Federal Rules of Civil Procedure, including, without limitation, all defenses relating to jurisdiction.

1

In its Notice, Plaintiff asserts that this action is related to an action brought by the United States against the State of Michigan. *United States v. Michigan*, No. 25-cv-496 (Beckering, J.). On Saturday, January 24, the Court issued an Opinion and Order dismissing *United States v. Michigan* in its entirety for lack of subject matter jurisdiction. The Court noted that its decision "resolved all pending claims" and indicated that it would enter a Judgment closing the case. The Court did not address any aspect of the merits. A copy of that decision is attached as Exhibit A for this Court's reference.

Respectfully submitted,

By: /s/Matthew P. Allen
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
MILLER, CANFIELD, PADDOCK & STONE, PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48098
(248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com
Counsel for Chevron Corporation and Chevron U.S.A. Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to all filers of record.

                                        By: /s/Matthew P. Allen
                                                  Matthew P. Allen (P57914)

45498944.3/162884.00001