UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

                                      Case No. 1:26-cv-254

BP P.L.C., et al.,                     HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) and (b)(1) from further participation in this case due to a potential conflict of interest.  The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated:  January 28, 2026                                  /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge