# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

THE PEOPLE OF THE STATE OF
MICHIGAN,

<em>Plaintiff,</em>

v.

BP P.L.C.; BP AMERICA INC.; BP
ENERGY COMPANY; BP ENERGY
RETAIL COMPANY LLC; BP
PRODUCTS NORTH AMERICA
INC.; CHEVRON CORPORATION;
CHEVRON U.S.A. INC.; EXXON
MOBIL CORPORATION;
EXXONMOBIL OIL
CORPORATION; SHELL P.L.C.;
SHELL USA, INC.; SHELL OIL
PRODUCTS COMPANY LLC;
EQUILON ENTERPRISES LLC
D/B/A SHELL OIL PRODUCTS US;
SHELL TRADING (US) COMPANY;
and AMERICAN PETROLEUM
INSTITUTE,

<em>Defendants.</em>

Case No. 1:26-cv-254

Hon. Jane M. Beckering
Magistrate Judge Ray Kent

## SCHEDULING ORDER
## REGARDING SERVICE AND BRIEFING SCHEDULE

WHEREAS, on January 23, 2026, Plaintiff filed a complaint commencing the
above-captioned action (the "Action");

WHEREAS, Defendants intend to file dispositive motions in lieu of answering the complaint, including, but not necessarily limited to, motions to dismiss for failure to state a claim ("Motions to Dismiss");

WHEREAS, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by setting a briefing schedule for Defendants' forthcoming Motions to Dismiss, Plaintiff's Oppositions, and Defendants' Replies;

WHEREAS, this proposed order does not operate as an admission of any factual allegation or legal conclusion and is subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject-matter jurisdiction, lack of personal jurisdiction, and improper venue;

WHEREAS, the Parties through their undersigned counsel have stipulated and agreed to the entry of this proposed order; and

WHEREAS, the Parties agree to abide by this proposed order unless and until the Court enters an order contrary to this proposed order;

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.    The following procedures shall govern the completion of service of process in the Action:

      a.  Defendants Shell plc and BP p.l.c. (the "Foreign Defendants") agree to accept service of process by direct mail of a copy of the summons

and complaint in the Action to their foreign headquarters at the addresses to be provided to Plaintiff's counsel.

b. For all other Defendants listed in the signature blocks below apart from the Foreign Defendants (the "Domestic Defendants"), Plaintiff's counsel shall transmit a copy of the summons and complaint in this Action via electronic mail to counsel for each Domestic Defendant. To the extent that service of process has not been properly effectuated on any Domestic Defendant, service shall be deemed effective on that Defendant by completion of transmission via electronic mail.

c. If the above procedures for all Foreign and Domestic Defendants are completed by Plaintiff's counsel on or before February 23, 2026, then service on all Defendants shall be deemed effective as of February 23, 2026.

d. The procedures above and any waivers of the formal requirements of service of process are for this Action only.

2.    Defendants' Motions to Dismiss shall be due 60 days after February 23, 2026, or 60 days after the date that service is effectuated on the last-served Defendant, whichever is later; Plaintiff's Oppositions to the Motions to Dismiss shall be due 60 days after Defendants' Motions to Dismiss are filed; and Defendants' Replies shall be due 45 days after Plaintiff's Oppositions are filed.

3.    In the event the Court denies Defendants' Motions to Dismiss, in whole or in part, the remaining Defendants' answers shall be due within 60 days of the Court's ruling on the last of the Motions to Dismiss.

**IT IS SO ORDERED**.

Date: _February 20, 2026_                  _/s/ Jane M. Beckering_
                                           Hon. Jane M. Beckering
                                           United States District Judge

Stipulated and Agreed:

/s/ Polly A. Synk (w/consent)
Polly A. Synk (P63473)
Margaret A. Bettenhausen (P75046)
Elizabeth A. Morrisseau (P81899)
Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517-335-7554
SynkP@michigan.gov
BettenhausenM@michigan.gov
MorrisseauE@michigan.gov

Victor M. Sher*
Matthew K. Edling*
Ashley Campbell*
Special Assistant Attorneys General
Heather Kryczka*
Brittany Dutton*
Sher Edling LLP
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
628-231-2500
vic@sheredling.com
matt@sheredling.com
ashley@sheredling.com
heather@sheredling.com
brittany@sheredling.com

Adam J. Levitt*
Daniel Rock Flynn*
Anna Claire Skinner*
Special Assistant Attorneys General
Elizabeth Carpenter*
James Crisafulli*
DiCello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
312-214-7900
alevitt@dicellolevitt.com
dflynn@dicellolevitt.com

Katie R. Beran*
Special Assistant Attorney General
Timothy L. Kelly*
Hausfeld LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
215-985-3270
kberan@hausfeld.com
tkelly@hausfeld.com

James Gotz*
Special Assistant Attorney General
Hausfeld LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Michael D. Hausfeld*
Richard S. Lewis*
Special Assistant Attorneys General
Hausfeld LLP
1200 17th Street NW, Suite 600
Washington, DC 20036
202-540-7200
mhausfeld@hausfeld.com
rlewis@hausfeld.com

askinner@dicellolevitt.com
ecarpenter@dicellolevitt.com
jcrisafulli@dicellolevitt.com

Gregory S. Asciolla*
Carrie Syme*
Jonathan S. Crevier*
DiCello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, NY 10017
646-933-1000
gasciolla@dicellolevitt.com
csyme@dicellolevitt.com
jcrevier@dicellolevitt.com

Kartik S. Madiraju*
Special Assistant Attorney General
Scott A. Martin*
Hausfeld LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
646-357-1100
smartin@hausfeld.com
kmadiraju@hausfeld.com

Emma Blake*
Special Assistant Attorney General
Hausfeld LLP
580 California Street, 12th Floor
San Francisco, CA 94104
415-633-1908
eblake@hausfeld.com

Attorneys for the State of Michigan, acting by and through the Attorney General

*Motions for admission *pro hac vice* to be filed

By: /s/Matthew P. Allen
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
MILLER, CANFIELD, PADDOCK
& STONE, PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48098
(248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com

GIBSON, DUNN & CRUTCHER
LLP
Theodore J. Boutrous, Jr., *application for admission forthcoming*
William E. Thomson, *pro hac vice forthcoming*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
tboutrous@gibsondunn.com
wthomson@gibsondunn.com

Joshua D. Dick, *application for admission forthcoming*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.374.8451
jdick@gibsondunn.com

Andrea E. Smith, *application for admission forthcoming*
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
Facsimile: 346.718.6620
aesmith@gibsondunn.com

*Counsel for Chevron Corporation and Chevron U.S.A. Inc.*

By:  /s/Thomas M. Schehr
(w/consent)
Thomas M. Schehr (P54391)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0700
TSchehr@dykema.com

SULLIVAN & CROMWELL LLP
Richard C. Pepperman II
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
peppermanr@sullcrom.com

Amanda Flug Davidoff
1700 New York Avenue, N.W.
Suite 700
Washington, D.C.  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com

*Counsel for Defendants BP p.l.c., BP America Inc., BP Energy Company, BP Energy Retail Company LLC, and BP Products North America Inc.*

By: /s/Charles M. Denton
(w/consent)
Charles M. Denton (P33269)
Patrick Miles Jr.
Scott M. Watson (P70185)
Aaron D. Lindstrom (P72916)
BARNES & THORNBURG LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503
616-742-3931

-8-

aaron.lindstrom@btlaw.com

John C. Hueston*
Moez M. Kaba*
Douglas J. Dixon*
Hueston Hennigan, LLP
523 West 6th Street, Ste 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
jhueston@hueston.com
mkaba@hueston.com
ddixon@hueston.com

*Counsel for Defendants*
*Exxon Mobil Corporation and ExxonMobil*
*Oil Corporation*

*Motions for admission to be filed

DEBEVOISE & PLIMPTON LLP
/s/Stephan J. Schlegelmilch w/consent
Stephan J. Schlegelmilch
801 Pennsylvania Ave NW
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
sjschlegelmilch@debevoise.com

Josh A. Cohen, *Application for Admission*
*Forthcoming*
David Sarratt, *Application for Admission*
*Forthcoming*
650 California Street
San Francisco, CA 94108
Tel.: (415) 738-5700
Fax: (415) 644-5628
jacohen@debevoise.com
dsarratt@debevoise.com

Michael Schaper, *Application for*
*Admission Forthcoming*

66 Hudson Boulevard
New York, NY 10001
Tel.: (212) 909-6000
Fax: (212) 909-6836
mschaper@debevoise.com

*Counsel for SHELL PLC, SHELL
USA, INC., SHELL OIL PRODUCTS
COMPANY LLC, EQUILON
ENTERPRISES LLC D/B/A
SHELL OIL PRODUCTS US, and
SHELL TRADING (US) COMPANY*

/s/ Joel Fauson w/ consent
Joel Fauson (P77446)
Rhoades McKee PC
55 Campau Avenue NW, Suite 300
Grand Rapids, MI 49503
Telephone: 616.233.3500
Facsimile: 616.233.5269
E-mail: jfauson@rhoadesmckee.com

Brian D. Schmalzbach
McGuireWoods LLP
800 East Canal Street
Telephone: 804.7754746
Facsimile: 803.698.2304
Richmond, VA 23219
Email:
bschmalzbach@mcguirewoods.com

*Counsel for American Petroleum Institute*

45747436.1/162884.00001