**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

THE PEOPLE OF THE STATE OF
MICHIGAN,

                                                                  Case No. 1:26-cv-254

                    *Plaintiff*,

                                                                  Hon. Jane M. Beckering
                                                                  Magistrate Judge Ray Kent
v.


BP P.L.C.; BP AMERICA INC.; BP
ENERGY COMPANY; BP ENERGY
RETAIL COMPANY LLC; BP
PRODUCTS NORTH AMERICA
INC.; CHEVRON CORPORATION;
CHEVRON U.S.A. INC.; EXXON
MOBIL CORPORATION;
EXXON MOBIL OIL
CORPORATION; SHELL P.L.C.;
SHELL USA, INC.; SHELL OIL
PRODUCTS COMPANY LLC;
EQUILON ENTERPRISES LLC
D/B/A SHELL OIL PRODUCTS US;
SHELL TRADING (US) COMPANY;
and AMERICAN PETROLEUM INSTITUTE,

                    *Defendants*.

_____/

**ORDER REGARDING WORD LIMITATIONS**
**FOR BRIEFS IN SUPPORT OF AND IN OPPOSITION TO**
**DEFENDANTS' MOTIONS TO DISMISS**

WHEREAS, on February 20, 2026, this Court entered an Order establishing the service

and briefing schedule for Defendants' anticipated motions to dismiss the complaint for failure to

state a claim in accordance with the Parties' stipulation, *see* ECF No. 13;

WHEREAS, rather than file individual motions to dismiss and briefs in support of the

motions, Defendants intend to file a joint motion to dismiss ("Joint Motion to Dismiss") and

accompanying brief in support of the motion on behalf of all Defendants addressing common

grounds for dismissal, and Defendant American Petroleum Institute (API) intends to file a separate

motion to dismiss ("API's Motion to Dismiss") and brief in support of the motion addressing issues specific to API;

WHEREAS, W.D. Mich. LCivR 7.2(b)(i) limits briefs filed in support of dispositive motions (which includes a motion to dismiss for failure to state a claim, *see* W.D. Mich. LCivR 7.2(a)) to 10,800 words, inclusive of headings, footnotes, citations, and quotations;

WHEREAS, W.D. Mich. LCivR 7.2(c) limits reply briefs to 4,300 words, to include any headings, footnotes, citations and quotations;

WHEREAS, W.D. Mich. LCivR 7.1(c) permits the Court to enlarge any word count established by the Local Rules;

WHEREAS, the Parties have represented that an adjustment of the word count for the briefs related to the forthcoming motions to dismiss is necessary due to the joint nature of the filings;

WHEREAS, the Parties' proposed adjusted word limits for the briefs related to the forthcoming motions to dismiss will streamline the briefing by consolidating arguments that would otherwise be repeated across five or more separate defense briefs and the corresponding responses and replies, resulting in fewer total words for the Court to review than if separate briefs were filed;

WHEREAS, the Parties through their undersigned counsel have stipulated and agreed to the entry of this proposed order; and

WHEREAS, the Parties agree to abide by this proposed order unless and until the Court enters an order contrary to this proposed order;

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

The Parties will abide by the following modified word count limitations:

1.      Defendants' principal brief in support of their Joint Motion to Dismiss will contain no more than 20,000 words, inclusive of headings, footnotes, citations, and quotations;

2.    Defendant API's principal brief in support of API's Motion to Dismiss will contain no more than 5,000 words, inclusive of headings, footnotes, citations, and quotations;

3.    Plaintiff's brief in opposition to the Joint Motion to Dismiss will contain no more than 20,000 words, inclusive of headings, footnotes, citations, and quotations;

4.    Plaintiff's brief in opposition to API's Motion to Dismiss will contain no more than 5,000 words, inclusive of headings, footnotes, citations, and quotations;

5.    Defendants' reply brief in support of their Joint Motion to Dismiss will contain no more than 9,000 words, inclusive of headings, footnotes, citations, and quotations;

6.    Defendant API's reply brief in support of API's Motion to Dismiss will contain no more than 3,500 words, inclusive of headings, footnotes, citations, and quotations.

**IT IS SO ORDERED.**

Date:    April 29, 2026                    /s/ Jane M. Beckering
                                            Hon. Jane M. Beckering
                                            United States District Judge

3

Stipulated and Agreed:

| Counsel for Plaintiff: | Counsel for Defendants, as listed: |
|---|---|
| /s/ *Polly A. Synk (w/consent)*<br>Polly A. Synk (P63473)<br>Margaret A. Bettenhausen (P75046)<br>Elizabeth A. Morrisseau (P81899)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Environment, Natural Resources, and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>517.335.7554<br>SynkP@michigan.gov<br>BettenhausenM@michigan.gov<br>MorrisseauE@michigan.gov<br><br>Victor M. Sher*<br>Matthew K. Edling<br>Ashley B. Campbell<br>Special Assistant Attorneys General<br>Heather Kryczka*<br>Brittany Dutton*<br>SHER EDLING LLP<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>628.231.2500<br>vic@sheredling.com<br>matt@sheredling.com<br>ashley@sheredling.com<br>heather@sheredling.com<br>brittany@sheredling.com<br><br>Adam J. Levitt*<br>Daniel Rock Flynn<br>Anna Claire Skinner<br>Special Assistant Attorneys General<br>Elizabeth Carpenter<br>James Crisafulli<br>DICELLO LEVITT LLP<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>312.214.7900<br>alevitt@dicellolevitt.com<br>dflynn@dicellolevitt.com | /s/ *Jennifer L. McManus*<br>Jennifer L. McManus (P68976)<br>Erin K. Lane (P75822)<br>MILLER JOHNSON<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI 49503<br>616.831.1700<br>mcmanusj@millerjohnson.com<br>lanee@millerjohnson.com<br><br>Thomas W. Cranmer (P25252)<br>Matthew P. Allen (P57914)<br>MILLER, CANFIELD, PADDOCK &<br>STONE, PLC<br>840 W. Long Lake Rd., Ste. 150<br>Troy, MI 48098<br>248.879.2000<br>cranmer@millercanfield.com<br>allen@millercanfield.com<br><br>Joshua D. Dick*<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>415.393.8200<br>jdick@gibsondunn.com<br><br>Theodore J. Boutrous, Jr.*<br>Daniel G. Swanson*<br>Samuel Liversidge*<br>Christopher D. Dusseault*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213.229.7000<br>tboutrous@gibsondunn.com<br>dswanson@gibsondunn.com<br>sliversidge@gibsondunn.com<br>cdusseault@gibsondunn.com |

ecarpenter@dicellolevitt.com
jcrisafulli@dicellolevitt.com

Gregory S. Asciolla
Carrie Syme
Jonathan S. Crevier
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, NY 10017
646.933.1000
gasciolla@dicellolevitt.com
csyme@dicellolevitt.com
jcrevier@dicellolevitt.com

James Crisafulli
DICELLO LEVITT LLP
801 17th St., NW, Ste. 430
Washington, DC 20036
202.975.2288
jcrisafulli@dicellolevitt.com

Katie R. Beran
Special Assistant Attorney General
Timothy L. Kelly
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
215.985.3270
kberan@hausfeld.com
tkelly@hausfeld.com

James Gotz
Special Assistant Attorney General
HAUSFELD LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
617.207.0600
jgotz@hausfeld.com

Michael D. Hausfeld*
Richard S. Lewis*
Special Assistant Attorneys General
HAUSFELD LLP
1200 17th Street NW, Suite 600
Washington, DC 20036
202.540.7200
mhausfeld@hausfeld.com

K. Winn Allen, P.C.
Caroline Milner
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.389.5000
winn.allen@kirkland.com
caroline.milner@kirkland.com

Devora Allon, P.C.*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212.446.4800
devora.allon@kirkland.com

Christopher Stackhouse
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312.862.2000
chris.stackhouse@kirkland.com

*Counsel for Chevron Corporation and
Chevron U.S.A. Inc.*

*/s/ Thomas M. Schehr (w/consent)*
Thomas M. Schehr (P54391)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
248.203.0700
TSchehr@dykema.com

Richard C. Pepperman II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
212.558.4000
peppermanr@sullcrom.com

Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W. Suite 700
Washington, D.C. 20006
202.956.7500
davidoffa@sullcrom.com

rlewis@hausfeld.com

Kartik S. Madiraju
Special Assistant Attorney General
Scott A. Martin
HAUSFELD LLP (NY)
33 Whitehall Street, 14th Floor
New York, NY 10004
646.357.1100
smartin@hausfeld.com
kmadiraju@hausfeld.com

Emma Blake
Special Assistant Attorney General
HAUSFELD LLP (San Francisco)
580 California Street, 12th Floor
San Francisco, CA 94104
415.633.1908
eblake@hausfeld.com

*Attorneys for the State of Michigan, acting by and through the Attorney General*

*Application for admission forthcoming

*Counsel for Defendants BP p.l.c., BP America Inc., BP Energy Company, BP Energy Retail Company LLC, and BP Products North America Inc.*

/s/ *Boris Bershteyn (w/consent)*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
212.735.3000
boris.bershteyn@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com

John C. Hueston
Moez M. Kaba
Douglas J. Dixon
HUESTON HENNIGAN, LLP
523 West 6th Street, Ste 400
Los Angeles, CA 90014
213.788.4340
jhueston@hueston.com
mkaba@hueston.com
ddixon@hueston.com

Charles M. Denton (P33269)
Scott M. Watson (P70185)
Aaron D. Lindstrom (P72916)
BARNES & THORNBURG LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503
616.742.3931
charles.denton@btlaw.com
scott.watson@btlaw.com
aaron.lindstrom@btlaw.com

*Counsel for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation*

6

| | |
|---|---|
| | /s / *Josh A. Cohen w/consent*<br>Josh A. Cohen<br>David Sarratt*<br>DEBEVOISE & PLIMPTON LLP<br>650 California Street<br>San Francisco, CA 94108<br>415.738.5700<br>jacohen@debevoise.com<br>dsarratt@debevoise.com<br><br>Michael Schaper<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>212.909.6000<br>mschaper@debevoise.com<br><br>*Counsel for Shell p.l.c., Shell USA, Inc., Shell Oil Products Company LLC, Equilon Enterprises LLC d/b/a Shell Oil Products US, and Shell Trading (US) Company*<br><br>━━━━━━━━━━━━━━━<br><br>/s/ *Joel Fauson w/consent*<br>Joel Fauson (P77446)<br>RHOADES MCKEE PC<br>55 Campau Avenue NW, Suite 300<br>Grand Rapids, MI 49503<br>616.233.3500<br>jfauson@rhoadesmckee.com<br><br>Brian D. Schmalzbach<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>804.775.4746<br>bschmalzbach@mcguirewoods.com<br><br>*Counsel for American Petroleum Institute*<br><br>*Application for admission forthcoming |