## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

THE PEOPLE OF THE STATE OF
MICHIGAN,

         Plaintiff,

   v.

BP P.L.C.; BP AMERICA INC.; BP
ENERGY COMPANY; BP ENERGY
RETAIL COMPANY LLC; BP
PRODUCTS NORTH AMERICA
INC.; CHEVRON CORPORATION;
CHEVRON U.S.A. INC.; EXXON
MOBIL CORPORATION;
EXXONMOBIL OIL
CORPORATION; SHELL P.L.C.;
SHELL USA, INC.; SHELL OIL
PRODUCTS COMPANY LLC;
EQUILON ENTERPRISES LLC
D/B/A SHELL OIL PRODUCTS US;
SHELL TRADING (US) COMPANY;
and AMERICAN PETROLEUM
INSTITUTE,

         Defendants.

Case No. 1:26-cv-254

Hon. Jane M. Beckering

Mag. Judge Ray Kent

**ORAL ARGUMENT REQUESTED**

## DEFENDANTS' MOTION TO DISMISS

Defendants move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss

Plaintiff's Complaint with prejudice for lack of subject-matter jurisdiction and for failure to state

a claim.

As required by W.D. Mich. LCivR 7.1(d)(i), Defendants have conferred with Plaintiff

regarding this motion.  Plaintiff has advised that it intends to oppose the motion.

May 1, 2026

Respectfully submitted,

/s/ *Jennifer L. McManus*
Jennifer L. McManus (P68976)
Erin K. Lane (P75822)
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
616.831.1700
mcmanusj@millerjohnson.com
lanee@millerjohnson.com
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
MILLER, CANFIELD, PADDOCK &
STONE, PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48098
248.879.2000
cranmer@millercanfield.com
allen@millercanfield.com

Joshua D. Dick*
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
415.393.8200
jdick@gibsondunn.com

Theodore J. Boutrous, Jr.*
Daniel G. Swanson*
Samuel Liversidge*
Christopher D. Dusseault*
Sarah Akhtar*
Zachary B. Copeland*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
tboutrous@gibsondunn.com
dswanson@gibsondunn.com
sliversidge@gibsondunn.com
cdusseault@gibsondunn.com
sakhtar@gibsondunn.com
zcopeland@gibsondunn.com

K. Winn Allen, P.C.
Caroline Milner

/s/ *Boris Bershteyn (w/consent)*
Boris Bershteyn
Karen M. Lent
Michael H. Menitove
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001-8602
212.735.3000
boris.bershteyn@skadden.com
karen.lent@skadden.com
michael.menitove@skadden.com

John C. Hueston
Moez M. Kaba
Douglas J. Dixon
HUESTON HENNIGAN, LLP
523 West 6th Street, Ste 400
Los Angeles, CA 90014
213.788.4340
jhueston@hueston.com
mkaba@hueston.com
ddixon@hueston.com

Charles M. Denton (P33269)
Scott M. Watson (P70185)
Aaron D. Lindstrom (P72916)
BARNES & THORNBURG LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503
616.742.3931
charles.denton@btlaw.com
scott.watson@btlaw.com
aaron.lindstrom@btlaw.com

*Counsel for Defendants Exxon Mobil
Corporation and ExxonMobil Oil Corporation*

---

/s / *Josh A. Cohen (w/consent)*
Josh A. Cohen
David Sarratt*
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108

KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.389.5000
winn.allen@kirkland.com
caroline.milner@kirkland.com

Devora Allon, P.C.*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212.446.4800
devora.allon@kirkland.com

Christopher Stackhouse
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312.862.2000
chris.stackhouse@kirkland.com

*Counsel for Chevron Corporation and
Chevron U.S.A. Inc.*

---

/s/ *Thomas M. Schehr (w/consent)*
Thomas M. Schehr (P54391)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
248.203.0700
TSchehr@dykema.com

Richard C. Pepperman II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
212.558.4000
peppermanr@sullcrom.com

Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W. Suite 700
Washington, D.C. 20006
202.956.7500
davidoffa@sullcrom.com

415.738.5700
jacohen@debevoise.com
dsarratt@debevoise.com

Michael Schaper
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
212.909.6000
mschaper@debevoise.com

*Counsel for Shell p.l.c., Shell USA, Inc., Shell
Oil Products Company LLC, Equilon
Enterprises LLC d/b/a
Shell Oil Products US, and Shell Trading (US)
Company*

---

/s/ *Joel Fauson (w/consent)*
Joel Fauson (P77446)
RHOADES MCKEE PC
55 Campau Avenue NW, Suite 300
Grand Rapids, MI 49503
616.233.3500
jfauson@rhoadesmckee.com

Brian D. Schmalzbach
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
804.775.4746
bschmalzbach@mcguirewoods.com

*Counsel for American Petroleum Institute*

*Counsel for Defendants BP p.l.c., BP America Inc., BP Energy Company, BP Energy Retail Company LLC, and BP Products North America Inc.*

\* Application for admission forthcoming