UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>Defendants. | Case No. 1:26-cv-254<br><br>Hon. Jane M. Beckering<br>Magistrate Judge Ray Kent<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT AMERICAN PETROLEUM INSTITUTE'S MOTION TO DISMISS**

Defendant American Petroleum Institute ("API") by and through its counsel, Rhoades McKee PC and McGuireWoods LLP, moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint filed by the People of the State of Michigan. API joins Defendants' omnibus motion to dismiss in full but writes separately to address particular deficiencies as to API. A Memorandum of Law in Support of API's Motion to Dismiss accompanies this motion.

As required by W.D. Mich. LCivR 7.1(d)(i), Defendants have conferred with Plaintiff regarding this motion. Plaintiff has advised that it intends to oppose the motion.

Dated: May 1, 2026

Respectfully submitted,

*/s/ Joel S. Fauson*______________

Joel S. Fauson (P77446)
Rhoades McKee PC
55 Campau Ave. NW, Ste. 300
Grand Rapids, MI 49503
Telephone: (616) 233-5267
Facsimile: (616) 233-5269
Email: Jfauson@rhoadesmckee.com

Brian D. Schmalzbach
McGuireWoods LLP
Gateway Plaza
800 E Canal St.
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: Bschmalzbach@mcguirewoods.com

*Counsel for Defendant American Petroleum Institute*