UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff,

v.

BP AMERICA, INC., et al.,

Defendants.
______________________________/

Case No. 1:26−cv−00254−JMB−RSK

Hon. Jane M. Beckering

**ORDER**

Pending before the Court is Plaintiff's Motion for Leave to File a Response to the Statement of Interest Submitted by the United States of American & Brief in Support of Motion (ECF No. 39). Neither Defendants nor the United States opposes Plaintiff's request (id. at PageID.491; ECF No. 41). Therefore, IT IS HEREBY ORDERED that the Motion for Leave to File a Response to the Statement of Interest Submitted by the United States of American & Brief in Support of Motion (ECF No. 39) is GRANTED, and the Clerk of Court is directed to file Plaintiff's proposed Response to the Statement of Interest of the United States of America (ECF No. 39−1).

IT IS SO ORDERED.

Dated: August 17, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge