UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff,

v.

BP, P.L.C., et al.,

Defendants.
______________________________/

Case No. 1:26-cv-254

HON. JANE M. BECKERING

**JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: September 22, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge